**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | Case No. | 2-23-CR-30 |
| : | JUDGE | SARGUS |
| **v.** : | | |
| : | | |
| **TONY B. FALLINS,** : | **FILED UNDER SEAL** | |

### MOTION TO SEAL INDICTMENT

Now comes the United States, by and through its counsel, Special Assistant United States Attorney Heidy T. Carr, for the Southern District of Ohio, Eastern Division, and respectfully request that the Indictment and Arrest Warrant in the above-entitled cause be sealed because the United States is apprehensive that defendant may flee the jurisdiction and/or evidence may be destroyed if he becomes aware of the existence of said Indictment/ Warrant.

WHEREFORE, the government respectfully requests that the Indictment and Arrest Warrant in this cause be sealed until the defendant has been arrested.

Respectfully submitted,

Kenneth L. Parker
United States Attorney

_____
HEIDY T. CARR (0093524)
Special Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Heidy.Carr@usdoj.gov